Severance, Respondent, vs. William Doerflinger Company, Appellant.

For the appellant: *George H. Gordon, Law & Gordon* of La Crosse.

For the respondent: *Burmeister & Snodgrass,* attorneys, and *Higbee & Higbee* of counsel, all of La Crosse.

*By the Court.*—Judgment affirmed.

Johnson, Respondent, vs. Irwin Albert, doing business as Rockmont Dairy, Appellant.

For the appellant: *Hanitch, Hartley, Johnson & Fritschler* of Superior.

For the respondent: *Curran & Sher* of Superior.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 7, 1933.

Alft, Appellant, vs. Young and another, Respondents.

For the appellant: *Eberlein & Larson* of Shawano.

For the respondents: *Fisher, Cashin & Reinholdt* of Stevens Point.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 7, 1933.